# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

| | |
|---|---|
| Robert Landers, Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CWI, Inc.,<br><br>　　　　Defendant. | Civil Action No. 1:18-cv-00102-GNS |

## JOINT STIPULATION TO DISMISS PROCEEDINGS AND COMPEL ARBITRATION; AND ORDER

Plaintiff Robert Landers ("Plaintiff") and Defendant CWI, Inc. ("Defendant"), by and through their counsel herein, stipulate and agree as follows:

1. **WHEREAS**, On August 2, 2018, Plaintiff filed his Complaint in this matter alleging claims arising under the Fair Labor Standards Act ("FLSA") against Defendant. (Doc. 1);

2. **WHEREAS**, Plaintiff's Complaint asserts claims on his own behalf and also seeks to represent a nationwide collective of similarly situated individuals pursuant to section 216(b) of the FLSA;

3. **WHEREAS**, Plaintiff and Defendant are parties to an Arbitration Agreement dated June 13, 2017. (Doc. 12-12, Ex. A);

4. **WHEREAS**, the Arbitration Agreement requires Plaintiff to submit his claims to binding arbitration on an individual basis;

5. **WHEREAS**, on October 8, 2018, Defendant filed a Motion to Dismiss and to Compel Arbitration pursuant to the Arbitration Agreement. (Doc. 12);

6. **WHEREAS**, Plaintiff now agrees to voluntarily submit this matter to binding arbitration on an individual basis in accordance with the terms of the Arbitration Agreement;

7. **WHEREAS**, Defendant now agrees to withdraw its Motion to Dismiss and to Compel Arbitration;

8. **WHEREAS**, Plaintiff and Defendant now agree that this matter should be dismissed without prejudice to the submission of this matter to to single-party arbitration in accordance with the terms of the Arbitration Agreement;

9. **THEREFORE**, subject to the approval of this Court, it is hereby stipulated and agreed, by and between Plaintiff and Defendant, as follows:

a) Plaintiff shall submit all of his claims in this action to single-party arbitration in accordance with the terms of the Arbitration Agreement;

b) Defendant's Motion to Dismiss and to Compel Arbitration shall be withdrawn; and

c) This matter shall be dismissed without prejudice to the submission of this matter to to single-party arbitration in accordance with the terms of the Arbitration Agreement.

**SO STIPULATED.**

Dated:    October 29, 2018         */s/ LaToi D. Mayo*
                                                                                    LaToi D. Mayo
                                                                                    Littler Mendelson P.S.C.
333 West Vine St., Suite 1720
Lexington, KY 40507
Telephone: 859.317.7970
Facsimile: 859.422.6747
lmayo@littler.com

*Attorneys for Defendant*

Dated:    October 29, 2018         */s/ Robert E. DeRose*
Robert E. DeRose
Trent R. Taylor
Barkan Meizlish DeRose Wentz McInerney Peifer, LLP
250 E. Broad St., 10th Floor
Columbus, OH 43215
Telephone: 614.221.4221
Facsimile: 614.744.2300
bderose@barkanmeilish.com
ttaylor@barkanmeizlish.com

Dated:    October 29, 2018         */s/ Clif Alexander*
Clif Alexander
Lauren E. Braddy
Anderson Alexander, PLLC
819 N. Upper Broadway
Corpus Christi, TX 78401
Telephone: 361.452.1279
Facsimile: 361.452.1284
clif@a2xlaw.com
lauren@a2xlaw.com

*Attorneys for Plaintiff*

## **ORDER**

**GOOD CAUSE** appearing therefore, **IT IS SO ORDERED**.

Dated:   October 30, 2018

 

**Greg N. Stivers, Judge**
**United States District Court**